THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

MAR 21 2018

PER _____ DEPUTY CLERK

COMMONWEALTH OF                  :
PENNSYLVANIA,                    :
                                 :
            Plaintiff,           :
                                 :    3:17-CV-1814
v.                               :    (JUDGE MARIANI)
                                 :
NAVIENT CORPORATION, et al.,     :
                                 :
            Defendants.          :

## ORDER

A case management conference was conducted in the above-captioned matter on March 20, 2018. Participating on behalf of Plaintiff were Jesse Harvey, John Abel, Nicholas Smyth. Participating on behalf of Defendants were Michael Kilgarriff, Daniel Brier, and Donna Walsh. The purpose of this Order is to set forth the pretrial schedule and discovery tool limitations established as a result of the conference

AND NOW, THIS 20th DAY OF MARCH, 2018, IT IS HEREBY ORDERED THAT:

1. Motions to join additional parties shall be filed no later than **forty-five (45) days** after the Court issues an opinion on Defendants' Motion to Dismiss.

2. Motions to amend the pleadings shall be filed no later than **December 26, 2018.**

3. All fact discovery shall be commenced in time to be completed by **March 26, 2019.**

4. All potentially dispositive motions shall be filed no later than **August 23, 2019.** If filing a motion for summary judgment, counsel shall provide the Court with a

courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

5. Reports from **Plaintiff's** experts shall be due by **April 25, 2019**.

6. Reports from **Defendants'** experts shall be due by **May 25, 2019**.

7. Supplementations shall be due by **June 24, 2019**.

8. All expert discovery shall be commenced in time to be completed by **July 24, 2019**.

9. Scheduling of trial in this matter will be held in abeyance pending the expiration of the dispositive motion deadline and the resolution of any dispositive motions.

10. Should counsel be unable to resolve a discovery dispute, the party seeking relief shall contact Chambers at (570) 207-5750 and inform the Courtroom Deputy of the dispute. The party seeking relief shall thereafter promptly file a letter via CM-ECF, not to exceed two pages, requesting that the Court schedule a conference call and outlining the nature of the dispute and the relief sought. No party shall resort to the filing of a formal discovery motion without first attempting to resolve the issue through a discovery teleconference with the Court. Should the Court find briefing necessary upon the conclusion of the teleconference, it will so order.

Robert D. Mariani
United States District Judge

2