## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania, <br> By Attorney General Josh Shapiro, <br><br> *Plaintiff,* <br><br> v. <br><br> Navient Corporation, *et al.,* <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) Civil Action No. 3:17-cv-1814 <br> ) (Hon. Robert D. Mariani) <br> ) <br> ) <br> ) <br> ) <br> ) Electronically Filed <br> ) |

## ORDER

AND NOW, this 7th day of May, 2018, this Court acknowledges receipt of the parties Confidentiality Agreement and Protective Order and the parties' Stipulation and Order Regarding Technical Specifications for Discovery, recognizes the documents as agreements between the parties, and will accordingly enforce them as such. In doing so, this Court expresses no opinion as to the merits of the agreements and neither approves or disapproves of their contents.

ACCORDINGLY, IT IS HEREBY ORDERED THAT the parties' Confidentiality Agreement and Protective Order and Stipulation and Order Regarding Technical Specifications for Discovery are ACCEPTED.

_____ J.