## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania,<br>By Attorney General Josh Shapiro,<br><br>      Plaintiff,<br><br>      v.<br><br>Navient Corporation and Navient Solutions,<br>LLC,<br><br>      Defendants. | No. 3:17-CV-1814-RDM<br>(JUDGE MARIANI) |

## <u>PENNSYLVANIA'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Pursuant to LR 7.36, Plaintiff hereby files this Notice of Supplemental

Authority regarding the judicial opinion filed at  *Daniel et al. v. Navient Solutions,*

*LLC*, Case No. 8:17-cv-2503-T-24-JSS (June 25, 2018 M.D. Fla.- Tampa

Division). The Opinion may be relevant to the Defendants' pending Motion to

Dismiss (Document 16) in the instant matter.

The Opinion, at relevant part, denies Navient's Motion to Dismiss pursuant

to Rule 12(b)(6), ruling that the Higher Education Act does not preempt certain

state law consumer protection claims either expressly or under a conflict

preemption analysis.  *See* Opinion at pp. 4-7.

Dated:  June 28, 2018                    Respectfully submitted,

Josh Shapiro
*Attorney General*

Michelle Henry
*First Deputy Attorney General*

James A. Donahue, III
*Executive Deputy Attorney General*
*Public Protection Division*

Sarah A. E. Frasch
*Chief Deputy Attorney General*
*Director, Bureau of Consumer Protection*

Nicholas Smyth
*Senior Deputy Attorney General*
*Assistant Director, Bureau of Consumer Protection*

   __/s/ John M. Abel_____
John M. Abel, PA 47313
(Email: jabel@attorneygeneral.gov)
(Phone: 717-783-1439)
(Fax: 717-705-3795)
*Senior Deputy Attorney General*
*Assistant Director, Bureau of Consumer Protection*

Jesse F. Harvey, PA 63435
(Email: jharvey@attorneygeneral.gov)
(Phone: 412-565-2883)
(Fax: 412-880-0196)
*Chief Deputy Attorney General*
*Western Regional Office*

Attorneys for Plaintiff
Commonwealth of Pennsylvania
Office of Attorney General
Bureau of Consumer Protection
417 Lackawanna Ave
Scranton, PA 18503

## <u>CERTIFICATE OF SERVICE</u>

I, John M. Abel, hereby certify that a true and correct copy of the foregoing Notice of Supplemental Authority was served upon all counsel of record who are deemed to have consented to electronic filing through the Court's CM/ECF system on this 28th day of June, 2018.


      /s/ John M. Abel
John M. Abel, PA 47313
jabel@attorneygeneral.gov
Phone: 717-783-1439
Fax: 717-705-3795
417 Lackawanna Ave
Scranton, PA 18503

*Attorney for Plaintiff*
*Commonwealth of Pennsylvania*