# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania, By Attorney General Josh Shapiro, <br><br> Plaintiff, <br><br> v. <br><br> Navient Corporation and Navient Solutions, LLC, <br><br> Defendants. | No. 3:17-CV-1814-RDM <br> (JUDGE MARIANI) |

## PENNSYLVANIA'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to LR 7.36, Plaintiff hereby files this Notice of Supplemental Authority regarding the judicial opinion filed at *People of the State of Illinois v. Navient Corporation, et al.*, Case No. 2017CH00761 (July 10, 2018 Cir. Ct. of Cook County). The Opinion may be relevant to the Defendants' pending Motion to Dismiss (Document 16) in the instant matter.

The Opinion, at relevant part, denies Navient's Motion to Dismiss pursuant to Illinois' Code of Civil Procedure, ruling that neither the Higher Education Act nor the Truth in Lending Act preempt certain state law consumer protection claims. *See* Opinion at pp. 6-25.

Dated:  July 12, 2018	Respectfully submitted,

Josh Shapiro
*Attorney General*

Michelle Henry
*First Deputy Attorney General*

James A. Donahue, III
*Executive Deputy Attorney General*
*Public Protection Division*

Sarah A. E. Frasch
*Chief Deputy Attorney General*
*Director, Bureau of Consumer Protection*

Nicholas Smyth
*Senior Deputy Attorney General*
*Assistant Director, Bureau of Consumer Protection*

   /s/ John M. Abel_____
John M. Abel, PA 47313
(Email: jabel@attorneygeneral.gov)
(Phone: 717-783-1439)
(Fax: 717-705-3795)
*Senior Deputy Attorney General*
*Assistant Director, Bureau of Consumer Protection*

Jesse F. Harvey, PA 63435
(Email: jharvey@attorneygeneral.gov)
(Phone: 412-565-2883)
(Fax: 412-880-0196)
*Chief Deputy Attorney General*
*Western Regional Office*

Attorneys for Plaintiff
Pennsylvania Office of Attorney General
Bureau of Consumer Protection
417 Lackawanna Ave
Scranton, PA 18503

# CERTIFICATE OF SERVICE

I, John Abel, hereby certify that a true and correct copy of the foregoing Second Notice of Supplemental Authority was served upon all counsel of record who are deemed to have consented to electronic filing through the Court's CM/ECF system on this 12th day of July, 2018.

          /s/ John Abel
John Abel, PA 47313
jabel@attorneygeneral.gov
Phone: 717-783-1439
Fax: 717-705-3795
417 Lackawanna Ave
Scranton, PA 18503

*Attorney for Plaintiff*
*Commonwealth of Pennsylvania*