IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:17-CV-1814 |
| | : | (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, THIS __19th__ DAY OF SEPTEMBER, 2018, upon receipt of Plaintiff's letter advising the Court of a discovery dispute, (Doc. 35), and Defendants' letter in response, (Doc. 36), **IT IS HEREBY ORDERED THAT** a conference call in the above-captioned matter shall be held on **Wednesday, October 10, 2018**, at **11:30 a.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted.

_____
Robert D. Mariani
United States District Judge