THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1814 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW, THIS** \_\_16th\_\_ **DAY OF OCTOBER, 2018**, upon consideration of the discovery disputes discussed at the October 10, 2018 telephone conference, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's request for borrower documents in the possession, custody, or control of Defendants that relate to Defendants' administration of Department of Education federal student loan programs, (Doc. 35 at 1), is **GRANTED**. Defendants are **ORDERED** to produce all such documents to Plaintiff. It is also **ORDERED** that all discovery production in this matter is made pursuant to the order of a court of competent jurisdiction. *See* 5 U.S.C. § 552a(b)(11).

2. The parties are directed to timely meet and confer to discuss and resolve potential burden, scope, and relevancy issues related to the production of the borrower documents. In the event the parties are not able to resolve these issues, they are

directed to jointly inform the Court and each submit a letter not to exceed three pages setting forth their respective position on the dispute.

Robert D. Mariani
United States District Judge