THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1814 |
|  | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 17th DAY OF DECEMBER, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) (the "Motion") (Doc. 16), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Court Judge