THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Plaintiff, | : |
| | : 3:17-CV-1814 |
| v. | : (JUDGE MARIANI) |
| | : |
| NAVIENT CORPORATION, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS _19th_ DAY OF DECEMBER, 2018, upon receipt of Plaintiff's letter notifying the Court of a discovery dispute (Doc. 46), **IT IS HEREBY ORDERED THAT** Defendants shall submit to the Court a concise response to Plaintiff's letter, not to exceed five pages, on or before **January 4, 2019**, at **5:00 p.m.** There will be no additional letters filed regarding this discovery dispute.

Robert D. Mariani
United States District Judge