IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1814 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 10th DAY OF JANUARY, 2019, upon receipt of Plaintiff's letter advising the Court of a discovery dispute (Doc. 46), and Defendants' letter in response (Doc. 52), **IT IS HEREBY ORDERED THAT** a conference call in the above-captioned matter shall be held on **Friday, February 1, 2019, at 3:00 p.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge