IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1814 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 4th DAY OF FEBRUARY, 2019, upon the parties' agreement expressed at the February 1, 2019 telephone conference to discuss a possible resolution to the discovery dispute raised in their respective letters (Doc. 46, Doc. 52) without Court intervention, **IT IS HEREBY ORDERED THAT:**

1. The parties shall confer regarding a possible resolution to the discovery dispute.

2. A conference call in the above-captioned matter shall be held on **Friday, February 8, 2019, at 3:00 p.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted. In the event the parties resolve the discovery dispute before the scheduled conference call, they shall so inform the Court.

_____
Robert D. Mariani
United States District Judge