## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania, By Attorney General Josh Shapiro | ) ) ) Case No. 3:CV-17-01814-RDM |
| *Plaintiff,* | ) (Hon. Robert D. Mariani) ) |
| v. | ) ) |
| Navient Corporation, *et al.,* | ) ) |
| *Defendants.* | ) |

### ORDER

AND NOW, this ___12th___ day of March 2019, upon consideration of the Unopposed Motion for Stay of Proceedings, IT IS HEREBY ORDERED that:

1. The Unopposed Motion for Stay of Proceedings is GRANTED;

2. Navient will produce nationwide borrower data to the Attorney General within one (1) week of the date of its Motion for Stay of Proceedings;

3. Navient will produce telephone call recordings to the Attorney General within one (1) week of production in the *CFPB v. Navient Corp.*, No. 17-cv-101 (M.D. Pa. filed Jan. 18, 2017) matter unless, prior to that time, it moves to modify the Court's February 11, 2019 Order with respect to the production of the telephone call recordings;

1

4. This Court's March 21, 2018 scheduling order (Doc. 30) is VACATED, and, upon lifting the stay, the parties are ordered to meet and confer regarding a proposed scheduling order; and

5. All proceedings in this matter are STAYED until the Third Circuit has resolved all issues related to the interlocutory appeal.

Robert D. Mariani
United States District Judge