UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-2116

COMMONWEALTH OF PENNSYLVANIA

v.

NAVIENT CORP; NAVIENT SOLUTIONS LLC
Appellants

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 3-17-cv-01814)
District Judge: Honorable Robert D. Mariani

Argued March 11, 2020

Before: McKEE, AMBRO, and PHIPPS, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was argued on March 11, 2020.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered December 17, 2018, is hereby AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 27, 2020