THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania,<br>By Attorney General Josh Shapiro<br><br>*Plaintiff*,<br><br>v.<br><br>Navient Corporation, *et al.*,<br><br>*Defendants*. | )<br>)<br>) Case No. 3:17-cv-01814-RDM<br>) (Hon. Robert D. Mariani)<br>)<br>)<br>) DEFENDANTS' NOTICE OF<br>) SUPPLEMENTAL AUTHORITY<br>)<br>) Electronically Filed<br>) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Yesterday, in a nearly identical case by the Attorney General of Illinois against Navient, the court reconsidered its 2018 denial of Navient's motion to dismiss, citing *Pennsylvania v. Navient Corp.*, 967 F.3d 273 (3d Cir. 2020) and a Seventh Circuit decision, both of which "remanded for an allegation-by-allegation examination" regarding preemption under 20 U.S.C. § 1098g.  Ex. A at 17.  The court conducted that examination, and dismissed Illinois's claim that Navient violated state law by "'failing to disclose' options beside forbearance" in phone calls with borrowers.  *Id*. at 19.  That is equivalent to dismissing ¶177(b) of the State's complaint here.

Dated:  July 13, 2021                                    Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA 52348)
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
Tel: 570-342-6100
Fax: 570-342-6147

Jennifer Levy (DC 461921)
Patrick Brown (DC 1033415)
Lauren Beebe
Spencer Hughes
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202-389-5000
Fax: 202-389-5200

Michael Shumsky
HYMAN, PHELPS &
MCNAMARA, P.C.
700 Thirteenth St. NW, Suite 1200
Washington, DC 20005
Tel: 202-737-5600
Fax: 202-737-9329

*Counsel for Defendants,
Navient Corporation and
Navient Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that, on July 13, 2021, I filed the foregoing Notice of Supplemental Authority via the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Daniel T. Brier
Daniel T. Brier