IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania, By Attorney General Josh Shapiro,<br><br>Plaintiff,<br><br>v.<br><br>Navient Corporation and Navient Solutions, LLC,<br><br>Defendants. | Case No. 3:17-cv-1814<br><br>(Hon. Robert D. Mariani)<br><br>(Electronically Filed) |

**PLAINTIFF'S UNOPPOSED**
**MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff Commonwealth of Pennsylvania, by Attorney General Josh Shapiro (hereinafter "the Commonwealth" or "Plaintiff") respectfully request that this Court enter the proposed Consent Judgment, attached as Exhibit 1, for the following reasons:

1. The parties have reached an agreement, set forth in the terms of the Consent Judgment, to resolve the Plaintiff's claims against the Defendants.

2. The entry of the Consent Judgment promotes the orderly resolution of controversy and judicial economy and is in the public interest.

Wherefore, the Plaintiff moves this Court to enter the proposed Consent Judgment. As required by Local Rule 7.1, Nicholas F. B. Smyth, attorney for Plaintiff, has discussed this motion with counsel for the Defendants and certifies that the Defendants have given their concurrence in this motion.

Respectfully submitted,

COMMONWEALTH OF PENNSYLVANIA

JOSH SHAPIRO
ATTORNEY GENERAL

Date: __January 12, 2022___     By:     __/s/ Nicholas F. B. Smyth_____
Nicholas F. B. Smyth, PA 307972
Email: nsmyth@attorneygeneral.gov
Phone: 412-880-0475
Jill T. Ambrose, PA 323549
Email: jambrose@attorneygeneral.gov
Phone: 412-565-3050
Senior Deputy Attorneys General
Francesca C. Iovino, PA 324229
Email: fiovino@attorneygeneral.gov
Phone: 724-858-4664
Deputy Attorney General
*Attorneys for Plaintiff*
*Commonwealth of Pennsylvania*