THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1814 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 20th DAY OF JANUARY, 2022, the Court having approved the Consent Judgment jointly submitted to it by the Commonwealth of Pennsylvania, Navient Corporation, Navient Solutions LLC, Pioneer Credit Recovery, Inc., and General Revenue Corporation, and further the Court having retained jurisdiction of this action and jurisdiction over each party for the purpose of enforcing and modifying the Consent Judgment and for the purpose of granting additional relief as may be necessary and appropriate, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of the Court is directed to **CLOSE** this case for administrative purposes;

2. Should Plaintiff or Defendants, individually or jointly, deem it necessary to invoke the jurisdiction retained by this Court pursuant to the terms of the Consent Judgment, the party or parties seeking to do so are directed to file a motion to re-open this case and shall set forth the basis for the request that the Court exercise its retained jurisdiction.

Robert D. Mariani
United States District Judge